# Exhibit 2

Charted Claims:

Non-Method Claim: 1

| US7714726 | UC-3100 Series Gateway ("Accused Product") |
|---|---|
| 1. A Radio Frequency (RF) device, comprising: a circuit; and | The accused product is a Radio Frequency (RF) device (e.g., the accused product), comprising a circuit (e.g., electronic circuit of the accused product).<br><br>As shown below, the accused product supports RF features such as Bluetooth, Wi-Fi, etc. and must comprise an internal circuit.<br><br>**MOXA**  Products  Solutions  Support  How to Buy  About Us<br><br>Home > Products > Industrial Computing > Arm-Based Computers > **UC-3100 Series**<br><br>**UC-3100 Series**<br><br>Arm Cortex-A8 1 GHz IIoT gateway with built-in LTE Cat. 1 and Wi-Fi modules<br><br>Azure Certified Device  aws qualified device internet of things  IgnitionEDGE READY<br><br>**Features and Benefits**<br><br>✓ Armv7 Cortex-A8 1000 MHz processor<br>✓ Integrated Wi-Fi 802.11a/b/g/n and LTE Cat. 1 for the US, EU, and APAC regions<br>✓ Bluetooth 4.2 support<br>✓ LTE-ready computer with Verizon/AT&T certification and industrial-grade CE/FCC/UL certifications<br>✓ Industrial CAN 2.0 A/B protocols supported<br>✓ -40 to 70°C operating temperature range<br>✓ Meets the EN 61000-6-2 and EN 61000-6-4 standards for industrial EMC applications |

https://www.moxa.com/en/products/industrial-computing/arm-based-computers/uc-3100-series#overview



**Features and Benefits**

- Armv7 Cortex-A8 1000 MHz processor
- Integrated Wi-Fi 802.11a/b/g/n and LTE Cat. 1 for the US, EU, and APAC regions
- Bluetooth 4.2 support
- LTE-ready computer with Verizon/AT&T certification and industrial-grade CE/FCC/UL certifications
- Industrial CAN 2.0 A/B protocols supported
- -40 to 70°C operating temperature range
- Meets the EN 61000-6-2 and EN 61000-6-4 standards for industrial EMC applications
- Long-term Linux support until 2027; includes bug fixes and security patches

https://www.moxa.com/en/products/industrial-computing/arm-based-computers/uc-3100-series#overview

# Product Features

- Armv7 Cortex-A8 1000 MHz processor
- Integrated Bluetooth 4.1, Wi-Fi 802.11a/b/g/n, and LTE Cat.1 for the US, EU, AUS, and APAC regions
- Supports TPM v2.0 (optional)
- Industrial CAN 2.0 A/B protocol supported
- -40 to 70°C system operating temperature
- Meets the EN 61000-6-2 and EN 61000-6-4 standards for industrial EMC applications
- Ready-to-run Debian 9 with 10-year long-term support
- Supports Linux real-time OS mode
- Robust Root File System to prevent the system from being bricked due to a firmware update failure

https://www.moxa.com/Moxa/media/PDIM/S100000585/moxa-uc-3100-series-

[hardware-manual-1.0.pdf](hardware-manual-1.0.pdf)



Source: Test report of the accused product



https://www.controllerservice.com/images/products/moxa/moxa-uc-3100-series-qig.pdf

**Wi-Fi**

The UC-3111 and UC-3121 models come with a built-in Wi-Fi module. You must connect the antenna to the RP-SMA connector before you can use the Wi-Fi function. The W1 and W2 connectors are interfaces to the Wi-Fi module.

**Bluetooth**

The UC-3111 and UC-3121 models come with a built-in Bluetooth module. You must connect the antenna to the RP-SMA connector before you can use the Bluetooth function. The W1 connector is the interface to the Bluetooth module.

https://www.controllerservice.com/images/products/moxa/moxa-uc-3100-series-qig.pdf

| an antenna coupled | The accused product discloses an antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) |

| | |
|---|---|
| to the circuit, wherein the antenna minimally affects electromagnetic RF fields surrounding the antenna even in the vicinity of the antenna. | coupled to the circuit (e.g., circuit of the accused product), wherein the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) minimally affects electromagnetic RF fields surrounding the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) even in the vicinity of the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.).<br><br>As shown below, the accused product has connector ports for Bluetooth and Wi-Fi and connected to its internal circuit. Wi-Fi enables internet access and Bluetooth enables connectivity to Bluetooth compatible devices. Bluetooth uses antenna of same frequency as Wi-Fi which is a standard frequency of 2.4 GHz that are configured to work simultaneously, they operate on separate antennas, ensuring minimal interference between them despite both of them operating in 2.4 GHz range.<br><br><br><br>**Radio Frequency (RF) device**<br><br>**Features and Benefits**<br>- Armv7 Cortex-A8 1000 MHz processor<br>- Integrated Wi-Fi 802.11a/b/g/n and LTE Cat. 1 for the US, EU, and APAC regions<br>- Bluetooth 4.2 support<br>- LTE-ready computer with Verizon/AT&T certification and industrial-grade CE/FCC/UL certifications<br>- Industrial CAN 2.0 A/B protocols supported<br>- -40 to 70°C operating temperature range<br>- Meets the EN 61000-6-2 and EN 61000-6-4 standards for industrial EMC applications<br>- Long-term Linux support until 2027; includes bug fixes and security patches<br><br>https://www.moxa.com/en/products/industrial-computing/arm-based-computers/uc-3100-series#overview |

## Product Features

- Armv7 Cortex-A8 1000 MHz processor
- Integrated Bluetooth 4.1, Wi-Fi 802.11a/b/g/n, and LTE Cat.1 for the US, EU, AUS, and APAC regions
- Supports TPM v2.0 (optional)
- Industrial CAN 2.0 A/B protocol supported
- -40 to 70°C system operating temperature
- Meets the EN 61000-6-2 and EN 61000-6-4 standards for industrial EMC applications
- Ready-to-run Debian 9 with 10-year long-term support
- Supports Linux real-time OS mode
- Robust Root File System to prevent the system from being bricked due to a firmware update failure

https://www.moxa.com/Moxa/media/PDIM/S100000585/moxa-uc-3100-series-hardware-manual-1.0.pdf



Source: Test report of the accused product



moxa-uc-3100-series-qig.pdf    3 / 13    —    352%    +

https://www.controllerservice.com/images/products/moxa/moxa-uc-3100-series-qig.pdf

## Wi-Fi

The UC-3111 and UC-3121 models come with a built-in Wi-Fi module. You must connect the antenna to the RP-SMA connector before you can use the Wi-Fi function. The W1 and W2 connectors are interfaces to the Wi-Fi module.

## Bluetooth

The UC-3111 and UC-3121 models come with a built-in Bluetooth module. You must connect the antenna to the RP-SMA connector before you can use the Bluetooth function. The W1 connector is the interface to the Bluetooth module.

https://www.controllerservice.com/images/products/moxa/moxa-uc-3100-series-qig.pdf



https://www.moxa.com/Moxa/media/PDIM/S100000585/moxa-uc-3100-series-hardware-manual-1.0.pdf

| | Bluetooth® Classic | Bluetooth® LE |
|---|---|---|
| Frequency Band | 2.4GHz ISM Band (2.402 – 2.480 GHz Utilized) | 2.4GHz ISM Band (2.402 – 2.480 GHz Utilized) |
| Channels | 79 channels with 1 MHz spacing | 40 channels with 2 MHz spacing (3 advertising channels/37 data channels) |

https://www.bluetooth.com/learn-about-bluetooth/tech-overview/